

# CAUSE NO. 12-22-00168-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| LAZY W CONSERVATION DISTRICT, APPELLANT | § | APPEALED FROM 3RD DISTRICT |
| VS. | § | COURT IN AND FOR |
| ARLIS A. JONES, APPELLEE | § | HENDERSON COUNTY, TEXAS |

## ORDER TO APPEAR AND SHOW CAUSE

Official court reporter Ms. Beverly Dixon recorded the proceedings in the above styled and numbered case and has failed to file the reporter's record of those proceedings as set out below.

The filing deadlines and extensions thereof are as follows:

| | |
|---|---|
| **July 23, 2022** | **Reporter's record due** |
| July 27, 2022 | 1st Extension granted by the Court |
| **August 11, 2022** | **2nd Extension granted by the Court** |
| August 18, 2022 | Notice of past due reporter's record |
| **August 18, 2022** | **Appellant's objection/response to reporter's 3rd Extension** |
| August 24, 2022 | Court's request for reporter to respond to Appellant's response/objection to 3rd Extension |
| **August 31, 2022** | **3rd Extension overruled by the Court, record ordered filed by September 12, 2022** |
| September 1, 2022 | Reporter's response to Appellant's objection to 3rd Extension |
| **September 7, 2022** | **Appellant's reply to reporter's response** |
| September 19, 2022 | 4th Extension overruled by the Court |
| **September 19, 2022** | **Notice the matter has been referred to the Court for further action** |

The reporter's record has not been filed.

Accordingly, as required by Rule 37.3(a)(2) of the Texas Rules of Appellate Procedure, the clerk has referred this matter to the Court for further action. The rules provide that this Court is jointly responsible with the trial court for ensuring that appellate records are timely filed and that we may enter any order necessary to ensure the timely filing of the appellate record. TEX. R. APP. P. 35.3(c); TEX. GOV'T CODE ANN. § 21.002 (Vernon 2004); *Johnson v. State*, 151 S.W.3d 193 (Tex. Crim. App. 2004).

NOW, THEREFORE, IT IS ORDERED that Ms. Beverly Dixon shall appear before this Court at **1:00 PM** on **Monday, October 24, 2022**, prepared to show cause to this Court why she should not be held in contempt for failing to obey this Court's order of August 31, 2022, whereby she was ordered to file the reporter's record on or before September 12, 2022.

Because you are subject to criminal penalties, that is, incarceration and/or a fine up to $500.00, you have a right to counsel during these proceedings. If you desire to have counsel, counsel must be present with you on **Monday, October 24, 2022**, at **1:00 PM** and ready to proceed with the hearing. If you do not have counsel with you, you should be prepared to waive your right to counsel.

IT IS FURTHER ORDERED that the clerk of this Court shall issue a Notice to Appear and Show Cause commanding Dixon to appear before this Court at **1:00 PM** on **Monday, October 24, 2022**, to show cause why she should not be held in contempt of this Court, and be punished, for failing to obey the order of this Court dated August 31, 2022. A copy of the August 31, 2022, Order shall accompany the Notice.

IT IS SO ORDERED ON THIS THE 22nd day of September 2022.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas, this 22nd day of September 2022, A.D.



_Katrina McClenny_
KATRINA MCCLENNY, CLERK

ISSUED this 22nd day of September 2022.

## NOTICE TO APPEAR AND SHOW CAUSE

A correct and complete copy of the Order of August 31, 2022, is attached to this Notice and fully incorporated for all purposes.

**NOW, THEREFORE**, Ms. Beverly Dixon is hereby commanded to appear at **1:00 PM on Monday, October 24, 2022**, before the Twelfth Court of Appeals at its courtroom located on the first floor of the Cotton Belt Building at 1517 West Front Street, Tyler, Texas, to show cause why she should not be held in contempt of the Twelfth Court of Appeals for failing to obey this Court's order dated August 31, 2022, and why she should not be punished for such failure.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas, this 22nd day of September 2022, A.D.



_Katrina McClenny_
KATRINA MCCLENNY, CLERK

# OFFICER'S RETURN

Came to hand on this _____ day of _____, 2022, at _____ o'clock, ___.M., and executed at Henderson County, Texas, on the _____ day of _____, 2022, by delivering to Ms. Beverly Dixon at her work address of 10209 Pleasant Hollow Road, Tyler, Texas 75709 (or wherever she may be found), the original Order and Notice to Appear and Show Cause which accompanied this writ.

Return must be made to this Court within five (5) days after service.

To certify which witness my hand officially.

_____

(Signature)

_____

(Print or type name)

_____

(Title)

Of Smith County, Texas



## CAUSE NO. 12-22-00168-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **LAZY W CONSERVATION DISTRICT, APPELLANT** | § | **APPEALED FROM 3RD DISTRICT** |
| **VS.** | § | **COURT IN AND FOR** |
| **ARLIS A. JONES, APPELLEE** | § | **HENDERSON COUNTY, TEXAS** |

## PRECEPT TO SERVE

From the State of Texas to any Sheriff, Constable or Peace Officer with jurisdiction to serve process in Tyler, Texas, Greetings:

You are hereby commanded to serve the accompanying copy of an Order in the above-stated Cause on Ms. Beverly Dixon, who can be served at 10209 Pleasant Hollow Road, Tyler, Texas 75709 Smith County, in the State of Texas.

Herein fail not, but of this order, and how you have executed the same, make due return within five (5) days after service.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas, this 22nd day of September 2022, A.D.

_Katrina McClenny_
KATRINA MCCLENNY, CLERK

ISSUED this 22nd day of September 2022.